*In the Matter of the Marriage of* VALERIE ANNE TABISOLA, *Respondent*, and WARREN ROYAL DAHL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-3-00425-5, J. Kathleen Learned, J., entered August 1, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49008-7-I. Division One. April 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS B. WILDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06666-6, Ann Schindler, J., entered July 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 19553-8-III. Division Three. April 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH EARL SINGLETON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00159-3, Salvatore F. Cozza, J., entered September 5, 2000. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 19701-8-III. Division Three. April 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS D. COTA, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 00-1-00021-9, Larry M. Kristianson, J., entered November 7, 2000. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.